NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

HAROLD D. BAKER, *Petitioner*.

No. 1 CA-CR 15-0769 PRPC
FILED 6-29-2017

Petition for Review from the Superior Court in Maricopa County
No. CR2003-017191-001 DT
The Honorable Alfred M. Fenzel, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Harold D. Baker, Florence
*Petitioner*

**MEMORANDUM DECISION**

Judge Kenton D. Jones delivered the decision of the Court, in which Presiding Judge Margaret H. Downie and Judge Donn Kessler joined.

**J O N E S**, Judge:

¶1            Harold Baker petitions for review from the summary dismissal of his fourth successive notice of post-conviction relief.  We have considered the petition for review and, for the reasons stated, grant review and deny relief.

¶2            A jury convicted Baker of four counts of sexual conduct with a minor, all dangerous crimes against children, and one count each of sexual abuse, contributing to the delinquency of a minor, public sexual indecency, and public sexual indecency to a minor, all arising out of events occurring in 2003.  The trial court sentenced Baker to an aggregate term of eighty years' imprisonment for the four counts of sexual conduct with a minor and placed him on probation for the remaining counts.  This Court affirmed his convictions and sentences on direct appeal.

¶3            In his petition for review, Baker argues: (1) the trial court improperly enhanced his sentences; (2) his sentences violate double jeopardy because they are not concurrent; and (3) his sentences are disproportionate, excessive, and constitute cruel and unusual punishment.  All of these issues have been, or could have been, raised on direct appeal or in a prior post-conviction relief proceeding.  *See* Ariz. R. Crim. P. 32.1(a), (c) (identifying sentencing issues appropriate for post-conviction relief); Ariz. Rev. Stat. § 13-4033(A)(3) (2003) (authorizing a direct appeal from a sentence "on the grounds that it is illegal or excessive").  Any claim a defendant raised or could have raised on direct appeal or in an earlier post-conviction relief proceeding is precluded, Ariz. R. Crim. P. 32.2(a), and none of the exceptions under Rule 32.2(b) apply.

¶4            Accordingly, we grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA